IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| SHONTAVIA RICHARDSON, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:14cv54-MHT |
| | ) | (WO) |
| MW THERAPEUTIC, INC., | ) | |
| d/b/a Magnolia Wood, | ) | |
| | ) | |
|    Defendant. | ) | |

### JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court that the joint motion to dismiss (doc. No. 13) is granted and that this cause is dismissed in its entirety with prejudice, with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 26th day of June, 2014.

                                    /s/ Myron H. Thompson
                             UNITED STATES DISTRICT JUDGE